**PUBLISHED**

**UNITED STATES COURT OF APPEALS**

**FOR THE FOURTH CIRCUIT**

UNITED STATES OF AMERICA,
Plaintiff-Appellee,

v.                                                                                    No. 92-5246

MADELYN TORRES,
Defendant-Appellant.

Appeal from the United States District Court
for the Middle District of North Carolina, at Greensboro.
Richard C. Erwin, Senior District Judge.
(CR-91-30-G)

Argued: January 30, 1996

Decided: March 4, 1996

Before WILKINSON, Chief Judge, RUSSELL, WIDENER, HALL,
MURNAGHAN, ERVIN, WILKINS, NIEMEYER, HAMILTON,
LUTTIG, WILLIAMS, MICHAEL, and MOTZ, Circuit Judges, and
PHILLIPS, Senior Circuit Judge.

_____

Affirmed by published per curiam opinion.

_____

**COUNSEL**

**ARGUED:** John Randolph Riley, Raleigh, North Carolina, for
Appellant. Lisa Blue Boggs, Assistant United States Attorney,
Greensboro, North Carolina, for Appellee. **ON BRIEF:** Robert H.
Edmunds, Jr., United States Attorney, Greensboro, North Carolina,
for Appellee.

_____

**OPINION**

PER CURIAM:

The judgment of the district court is affirmed by an evenly-divided vote of the en banc court.

<u>AFFIRMED</u>

2